IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SEA ISLAND COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>AMERICAN SIGNATURE, INC., )<br>)<br>Defendant )<br>) | CIVIL ACTION NO. CV205-105 |

## ORDER STAYING PROCEEDINGS

The parties having jointly moved for a stay of the proceedings in this case until January 31, 2006, and

It appearing that good cause has been shown for such a stay;

It is HEREBY ORDERED that such a stay of the proceedings is hereby GRANTED until January 31, 2006. If said case is not settled by that time, the parties are hereby ordered to submit a scheduling order by February 10, 2006.

This 22nd day of September, 2005.

James E. Graham
Magistrate Judge